UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re MANFRED SCHOCKNER,　　　　　　　No. C 12-1676 PJH (PR)

　　　　　Plaintiff.　　　　　　　　　　**ORDER OF DISMISSAL**

　　　　This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

　　　　A letter has been received in response indicating that plaintiff did not want to open a new case. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: May 9, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\PJH\CR.12\SCHOCKNER1676.DSM.wpd